# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

**August 9, 2024**

Lyle W. Cayce
Clerk

———————

No. 23-11189

———————

James Shepherd, *Trustee for* the James B. Shepard Trust;
New Millennium Concepts, Limited,

*Plaintiffs—Appellants*,

*versus*

Michael S. Regan, *Administrator*;
Environmental Protection Agency; Christine Tokarz;
David Cobb; Carol Kemker; Keriema Newman,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-826

———————————————————————

Before Jones, Smith, and Ho, *Circuit Judges*.
Per Curiam:*

We have carefully considered this appeal in light of the briefs and the record. There is no error that would affect the judgment of dismissal, which we therefore AFFIRM.

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.